# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

May 16, 2025

CL-2024-0228

Ronald Dean Pinson v. Chilton County Board of Education (Appeal from Chilton Circuit Court: CV-24-900003).

## **NOTICE**

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards and Hanson, JJ., concur.

Lewis, J., recuses himself.

Seth P. Rhodebeck, Clerk